IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MICHAEL SMITH**

                Plaintiff,           Case No. 17-2465

vs.

**CREDIT MANAGEMENT SERVICES, INC**

                Defendant.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE FOR DEFENDANT CREDIT MANAGEMENT SERVICES

    COMES NOW Plaintiff Michael Smith, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby requests Plaintiff's claims as they pertain to Defendant Credit Management Services, in the above-titled proceeding, be dismissed without prejudice, each party to bear its own costs, expenses and attorney fees.

Dated: October 16, 2017

                                            By: /s/Ryan B. Patton
                                            Ryan B. Patton #78155
                                            Ryan D. Knipp #23225
                                            Patton & Knipp, LLC
                                            12760 W 87th St Pkwy, Ste 108
                                            Lenexa, KS 66215
                                            Telephone: (913) 495-9998
                                            Fax: (888) 720-1985
                                            rpatton@pattonknipp.com
                                            rknipp@pattonknipp.com
                                            **COUNSEL FOR PLAINTIFF**